### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Del Rosario, Ricky S | Case Number: 06 B 11376 |
| Del Rosario, Grace L | Judge: Goldgar, A. Benjamin |
| Printed: 03/24/09 | Filed: 9/12/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed - No Disch:  February 26, 2009
Confirmed:   November 21, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 7,409.23 | |
| Secured: | | 0.00 |
| Unsecured: | | 4,168.39 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 403.61 |
| Other Funds: | | 137.23 |
| Totals: | 7,409.23 | 7,409.23 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,700.00 | 2,700.00 |
| 2. | Capital One | Unsecured | 171.36 | 257.38 |
| 3. | Carson Pirie Scott & Co | Unsecured | 101.47 | 152.38 |
| 4. | Midland Credit Management | Unsecured | 50.62 | 76.01 |
| 5. | Jefferson Capital | Unsecured | 695.36 | 1,044.41 |
| 6. | Portfolio Recovery Associates | Unsecured | 114.81 | 172.45 |
| 7. | B-Real LLC | Unsecured | 80.87 | 121.44 |
| 8. | RoundUp Funding LLC | Unsecured | 448.23 | 673.20 |
| 9. | Aspire Visa | Unsecured | 695.36 | 0.00 |
| 10. | National Capital Management | Unsecured | 125.24 | 188.07 |
| 11. | Beneficial | Unsecured | 987.38 | 1,483.05 |
| 12. | Orchard Bank | Unsecured | | No Claim Filed |
| | | | $ 6,170.70 | $ 6,868.39 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 80.45 |
| 5.4% | 199.38 |
| 6.5% | 114.81 |
| 6.6% | 8.97 |
| | $ 403.61 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Del Rosario, Ricky S

Del Rosario, Grace L

Printed: 03/24/09

Case Number:  06 B 11376

Judge:  Goldgar, A. Benjamin

Filed:  9/12/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: